*Emil K. Ellis, Abraham J. Heller, Jonas Ellis, Abraham Beital* and *Lawrence M. Saiewitz* for appellant.

*Jacob Markowitz, A. L. Sainer, Abraham J. Gellinoff* and *Robert James Frankel* for respondents.

Appeal dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ETTA GREENFIELD, Appellant.

Argued October 5, 1950; decided October 19, 1950.

*Etta Greenfield,* appellant in person.

*Miles F. McDonald, District Attorney* (*Aaron Nussbaum* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.